IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-23-ECM-SMD |
| | ) | |
| CITY OF MONTGOMERY, ALABAMA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **RECOMMENDATION OF THE MAGISTRATE JUDGE**

Pro se Plaintiff Peter J. Smith, a frequent litigant in this Court, filed this 42 U.S.C. § 1983 action claiming that several officers asked him to leave the Retirement Systems of Alabama building in Montgomery, Alabama, after using the first-floor restroom. Compl. (Doc. 1). Smith also filed a motion to proceed *in forma pauperis* (Doc. 2) along with his complaint. After finding that Smith had not provided the Court with the information needed to determine whether he should be allowed to proceed *in forma pauperis*, the undersigned entered an Order (Doc. 4) directing Smith to file a financial affidavit. Smith filed a document that did not contain any financial information. Resp. (Doc. 5). Thus, the undersigned entered an Order (Doc. 6) denying Smith's request to proceed *in forma pauperis* and directing him to pay the Court's filing fee in full. In that Order, the undersigned specifically advised Smith that failure to timely pay the filing fee may constitute grounds for dismissal for failure to prosecute and failure to comply with the Court's orders. Order (Doc. 6) p. 3.

Smith has not paid the filing fee and the deadline for doing so has passed. Accordingly, it is the

RECOMMENDATION of the undersigned United States Magistrate Judge that Smith's Complaint (Doc. 1) be DISMISSED without prejudice for failure to prosecute and failure to comply with Court orders. It is further

ORDERED that the parties shall file any objections to this Recommendation on or before April 26, 2023. A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a de novo determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11TH CIR. R. 3-1. *See Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

DONE this 12th day of April, 2023.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE